IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. C 10-01875 RS |
| Plaintiff, | |
| v. | **ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION** |
| MICHAEL CARDOZE, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), this matter is hereby referred to the Honorable Samuel Conti for a determination as to whether it is related to *J&J Sports Productions, Inc. v. Cardoze*, C 09-4944 SC.

**IT IS SO ORDERED.**

Dated: 08/06/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE